# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 781 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE CONTINUING LEGAL EDUCATION BOARD | : | SUPREME COURT RULES DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 31st day of October, 2018, Clifford B. Levine, Esquire, is hereby designated as Chair, and Murrel R. Walters, III, Esquire, is designated as Vice- Chair, of the Continuing Legal Education Board, commencing December 31, 2018.